Melinda Gabriella Valenzuela
Name and Prisoner/Booking Number

Central Kasson
Place of Confinement

1305 E. Butte Ave
Mailing Address

Florence AZ 85132
City, State, Zip Code

☑ FILED ___ LODGED
___ RECEIVED ___ COPY
APR 01 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

(Failure to notify the Court of your change of address may result in dismissal of this action.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Melinda Gabriella Valenzuela,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Centurion Health,
(Full Name of Defendant)

(2) C o II Cuen,

(3) C o II Moses,

(4) Sgt Jennifer Nepp,

Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.

CV-19-5733-PHX-MTL-MHB

CASE NO. 19-05733 MTL
(To be supplied by the Clerk)

Imminent Danger
Eighth Amendment
CIVIL RIGHTS COMPLAINT
BY A PRISONER

(Jury Trial Demanded)

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: A.S.P.C. Florence Central Kasson.
   ASPC Lewis—Morey Unit

Revised 3/11/16

1

**550/555**

Additional Defendants

5. Lieutenant Woliver
6. C.I.U. Powell
7. C.I.U. Romo
8. C.I.U. Currier
9. Dr. Rodney Stewart
10. N.P. Eze
11. D.W. Coleman
12. AFHA Trina Randall
13. ADW Blake Jersey
14. R.N. Lori LaPlume
15. R.N. Kari Rounds
16. C.I.U. Brandon Nodsnk
17. Doctor Valerie Gilreath

1-A

## B. DEFENDANTS

1. Name of first Defendant: _Centarion Health_. The first Defendant is employed as: _Contract Health Care_ (Position and Title) at _A.D.o.C_ (Institution).

2. Name of second Defendant: _Cuen_. The second Defendant is employed as: _Correctional officer II_ (Position and Title) at _Lewis Complex_ (Institution).

3. Name of third Defendant: _Moses_. The third Defendant is employed as: _Correctional officer II_ (Position and Title) at _Lewis Complex_ (Institution).

4. Name of fourth Defendant: _Jennifer Upp_. The fourth Defendant is employed as: _Sergeant_ (Position and Title) at _Lewis Rast-unit_ (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes ☐ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

5. Name of 5th Defendant _Wolicu_ The 5th Defendant is employed as _LT_ at _Lewis_

6. Name of 6th Defendant _Powell_ The 6th Defendant is employed as _C.I.U_ at _Lewis_

7. Name of 7th Defendant _Romo_ The 7th Defendant is employed as _C/U_ at _Lewis_

8. Name of 8th Defendant _Cuande_ The 8th Defendant is employed as _C.I.U._ at _Lewis_

9. Name of 9th Defendant _Rodney Stewart_ The 9th Defendant is employed as _Medical Director_ at _Eastern_

10. Name of 10th Defendant _C.eze_ The 10th Defendant is employed as _NP_ at _Centurion_

11. Name of 11th Defendant _Coleman_ The 11th Defendant is employed as _Deputy Warden_ at _Lewis_

12. Name of 12th Defendant _Trina Randal_ The 12th Defendant is employed as _AFHA_ at _Centurion_ ~~Phoenix~~

13. Name of 13th Defendant _Blakeley_ The 13th Defendant is employed as _ADW_ at _Kingston_

2A

14. Name of 14th Defendant Lori LaPlume, The 14th Defendant is employed as Registered Nurse at Kasson Central

15. Name of 15th Defendant Kari Rounds The 15th Defendant is employed as Registered Nurse at Kasson Central

16. Name of 16th Defendant Brandon Rodack, The 16th Defendant is employed as C.I.U. at Florence.

17. Name of 17th Defendant Valene Gilreath The 17th Defendant is employed as Medical Director at Florence Centurion

2-B

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Defendants Randal, Jensen, LaPlume, Rodarte, Romo, Powell, Stewart have refused to provide care for her eye who lost eye vision Due to assault They know about a not properly treated

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

From September 5th 2018 to Present the Plaintiff personally told & saw RN LaPlume, Rodarte, Romo, Powell, Stewart that she has had no vision out of her left eye since her assault and she has seen medical multiple times and RN LaPlume, APHA Randal, have done nothing to treat it correctly she simply said you have an eye app scheduled. The eye Doctor said I need to go to a specialist. It has caused so many issues with her right eye as well Due to having to only use one eye she has requested eye consults and specialist to see the eye and she was seen NP & C who did an emergent eye consult and in September 2019. Still she has not gone to no specialist. The D.O.C eye Doctor said she has to go to a specialist Due to the eye. Til this day it has not taken place and it only causes pain to her eye. Dr. Gilreath has done nothing since he took Dr. Stewarts place. Her left eye has no vision at all. This is imminent as her vision is a major necessity to the Prison System & Doc Basic things

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
No vision in her left eye, neck injury, Traumatically assaulted causing multiple contusions and Bruises & emotional and mentally Anguish and Distress. At constant risk Due to No vision and not able to Protect herself

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: Defendants failed to protect me from multiple assaults when she told them she was gonna be robbed, assaulted, threatened. They did nothing

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☒ Threat to safety ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   September 5th 2018 to Present Defendants Wolover, Powell, Nomo, Currier, Coleman, Jensen, Nodank, Shinn, have failed to protect her by Defendants. Plaintiff told Nomo, Powell, Currier multiple times in 2018 that she was going to be assaulted, hurt & she had been threatened. D/w Coleman took no action instead tried to place her in the same pod where they had even told them she would be hurt. CO II Luen, CO II Moses placed her in the pod and she was assaulted so bad by Conrado Alvarez that she went out by ambo and had to have plastic surgery. Defendants Coleman who is responsible for housing changes did nothing. Sgt Rupp who responded to the assault personally did not mother or do anything. C.I.U Nomo, Powell, Currier, Nodank have done nothing to protect her & threats & assaults continue to take place but they do nothing to protect her from harm. This is an emergency as she is at risk of dying as she continues to this day to be hurt by individuals

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Injury to entire body, plastic surgery, emotional/ mental anguish and in constant fear of safety

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____.

4

# COUNT III

1. State the constitutional or other federal civil right that was violated: Defendants have Delayed, Stalled an emergent consult that has only caused her eye Problem to worsen not get Better.

2. Count III. Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   From June 2019 to Present Plantiff has submitted 2 grievances on the eye issues, multiple issues on thing on that and has personally seen NPLLC who DID an urgent consult which got approved but in the last 4 months is still not scheduled despite being urgent. Defendant Nardal, LaPlume, Centurion have violated Centurions own policy in reference to urgent consults and the time frames they have to schedule the consults. By these individuals delaying, stalling the consult it has only caused more pain, issues to the (R) eye now and has caused her emotional & mental distress to the point she can not do her daily function. She has to use her one good (R) eye which is getting bad as well. This is emergent as they personally have seen Plantiff for these and they continue to still + delay care.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). eye sight in left eye is gone and her (R) eye is now starting to fail due to it. Constant pain, headaches + emotional + mental anguish.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

E.  REQUEST FOR RELIEF

State the relief you are seeking:
Plaintiff May as follows
1) Jury Trial is Demanded
2) Medical expenses $2 million
3) Attorney fees to be paid at end of case.
4) Punitive Damages in amount of $4 million
5) Protective order / Instruction on all Defendants
6) Any further relief The Jury / court deems Just.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___March 6th 2020___                    _____[signature]_____
                    DATE                              SIGNATURE OF PLAINTIFF


___Melinda Gabriella Valenzuela___
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

___[signature]___
(Signature of attorney, if any)


___1305 S Butte Av Florence AZ 85132___
(Attorney's address & telephone number)  520-868-4011 Ext 5134

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6