LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL AVENUE
PHOENIX, ARIZONA 85004
TELEPHONE: (602) 271-7700
FACSIMILE: (602) 258-7785
Sarah L. Barnes /Bar No. 020362
E-mail: slb@bowwlaw.com
kel@bowwlaw.com

Attorneys for Defendants Trina Randall
and Lori LaPlume

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Melinda Gabriella Valenzuela,<br><br>            Plaintiff,<br><br>v.<br><br>Adam Perkins, *et. al*,<br><br>           Defendants. | No. CV 19-05733-PHX-MTL (MHB)<br><br>**STIPULATION TO DISMISS** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendants Trina Randall and Lori LaPlume ("Defendants"), by and through undersigned counsel, and Plaintiff hereby stipulate to dismiss Count Three (the only remaining claim) against these Defendants, with respect to all allegations regarding healthcare pertaining to the timeframe on or after July 1, 2019, in the above-captioned matter, each to bear their own attorneys' fees and costs.

WHEREFORE, Plaintiff and these Defendants respectfully request this Court enter an Order dismissing Claim Three against Defendants, consistent with the proposed Order filed herewith.

RESPECTFULLY SUBMITTED 16th day of October, 2020.

BROENING OBERG WOODS & WILSON, P.C.

By: /s/ Sarah L. Barnes
　　　Sarah L. Barnes
　　　2800 North Central Avenue
　　　Suite 1600
　　　Phoenix, Arizona  85004
　　　Attorneys for Defendants Trina Randall and
　　　Lori LaPlume


By: _____
　　　Melinda G. Valenzuela
　　　*Plaintiff Pro Se*

CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, with copies submitted by U.S. mail and/or electronically to the following recipients:

Melinda G. Valenzuela #172770
ASPC Florence
Kasson Unit
P.O. Box 8200
Florence, AZ 85132
*Plaintiff Pro Se*

/s/ Kathy Lake