United States District Court

CV-19-5733-PHX-MTL-MHB

Melinda Gabriella Oalenzula

vs.

Centurion Healthetal

CV19 5733Phomtc
Motion To Reconsider
Doc #32 on Doc #31

Comes now Plaintiff and ask the Court to Reconsider Doc #31 and Doc #32.

The Court sent Plaintiff the service packets in the case and she sent waiver of service forms with the packets. Normally Plaintiff has gotten a signed copy of the waiver of service once Defendants have waived service. So she is asking to receive the signed waiver of service form to show Defendants did sign the waiver of service forms.

Wherefore Plaintiff respectfully requests the Honorable Liburdi to grant said motion and to have a copy of the waiver of

service form that was signed by Defendants.

Respectfully,

[signature]

The original & mailed this 20 day of Oct 2020 to

Clerk of Court

Honorable Liburdi

Nichole Cullen

Valerie Baccaro

Anthony Fernandez

Sarah Barnes

By: [signature]

MIME-Version:1.0 From:azddb_responses@azd.uscourts.gov To:azddb_nefs@localhost.localdomain Message-Id: Subject:Activity in Case 2:19-cv-05733-MTL-MHB Valenzuela v. Centurion Health et al Order on Motion for Miscellaneous Relief Content-Type: text/html

*This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.*
*\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.*

U.S. District Court

**DISTRICT OF ARIZONA**

**Notice of Electronic Filing**

The following transaction was entered on 10/7/2020 at 2:45 PM MST and filed on 10/7/2020

*Case Name:*        Valenzuela v. Centurion Health et al
*Case Number:*      2:19-cv-05733-MTL-MHB
*Filer:*
*Document Number:* 32

*Docket Text:*
**ORDER – IT IS ORDERED denying Plaintiff's motion for copy of waiver of service (Doc. [31]). (See document for further details). Signed by Magistrate Judge Michelle H Burns on 10/6/2020. (LAD)**


**2:19-cv-05733-MTL-MHB Notice has been electronically mailed to:**

Sarah Lynn Barnes    slb@bowwlaw.com, kel@bowwlaw.com

**2:19-cv-05733-MTL-MHB Notice will be sent by other means to those listed below if they are affected by this filing:**

Melinda Gabriella Valenzuela
#172770
FLORENCE-AZ-FLORENCE-ASPC-KASSON
1B29
KASSON UNIT
P.O. BOX 8200
FLORENCE, AZ 85132

The following document(s) are associated with this transaction:

*Document description:*Main Document
*Original filename:*n/a
*Electronic document Stamp:*
[STAMP dcecfStamp_ID=1096393563 [Date=10/7/2020] [FileNumber=21175125-0] [3e190262203e29aeb95ed764f7c55c3bc932ffaac550a70761d2c8ca4837b18ca3

c31bb623a4004436f2367affda084200092703ad70990669320fe03c3163d4]]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melinda Gabriella Valenzuela, | CV 19-5733-PHX-MTL (MHB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Centurion Health, et al., | |
| Defendants. | |

Plaintiff has filed a motion for copy of waiver of service (Doc. 31). Plaintiff has filed the same exact motion in her other cases before this Court. The Court will deny the motion as her request for relief is unclear.

**IT IS ORDERED** denying Plaintiff's motion for copy of waiver of service (Doc. 31).

DATED this 6th day of October, 2020.

Michelle H. Burns
United States Magistrate Judge