_ FILED _____ LODGED
_____ RECEIVED _____ COPY

NOV 1 2 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United STATes
District Court

CV-19-5733-PHX-MTL-MHB

Melinda Gabriella Valenzuela   CV 19 05733 mtl

      us.                    PLAIntiff's

Centurion Health            motion To

                            withdraw

                            Stipulation

                              To

                            Dismiss


Comes now Plaintiff AND hereby moves
to withdraw her agreement To Dismiss
the Case. As Defendant have Delayed care
and it Took over a year to properly
Be treated After consulting legal ADvice
she was ADvised to file this.
She Does not agree to Dismiss the
Case.


Wherefore she Respectfully Request
the Honorable GBAldi grant said
motion and To withdraw her Stipulation
To Dismiss.

              Respectfully

The original & I mailed this 6th Day
of Nov 2020 To

Clerk of Court

Honorable LrBundi

Nichole Culler

Anthony Fernander

Valerie Ballans

Sarah Barry

By!

LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL AVENUE
PHOENIX, ARIZONA 85004
TELEPHONE: (602) 271-7700
FACSIMILE: (602) 258-7785
Sarah L. Barnes /Bar No. 020362
E-mail: slb@bowwlaw.com
          kel@bowwlaw.com

Attorneys for Defendants Trina Randall
and Lori LaPlume

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melinda Gabriella Valenzuela, | No. CV 19-05733-PHX-MTL (MHB) |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS** |
| Adam Perkins, *et. al*, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendants Trina Randall and Lori LaPlume ("Defendants"), by and through undersigned counsel, and Plaintiff hereby stipulate to dismiss Count Three (the only remaining claim) against these Defendants, with respect to all allegations regarding healthcare pertaining to the timeframe on or after July 1, 2019, in the above-captioned matter, each to bear their own attorneys' fees and costs.

WHEREFORE, Plaintiff and these Defendants respectfully request this Court enter an Order dismissing Claim Three against Defendants, consistent with the proposed Order filed herewith.

RESPECTFULLY SUBMITTED 16th day of October, 2020.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

BROENING OBERG WOODS & WILSON, P.C.


By: /s/ Sarah L. Barnes
      Sarah L. Barnes
      2800 North Central Avenue
      Suite 1600
      Phoenix, Arizona  85004
      Attorneys for Defendants Trina Randall and
      Lori LaPlume


By:
      Melinda G. Valenzuela
      *Plaintiff Pro Se*

- 2 -

1                               CERTIFICATE OF SERVICE

2        I hereby certify that on October 16, 2020, I electronically transmitted the attached

3  document to the Clerk's Office using the CM/ECF System for filing, with copies submitted

4  by U.S. mail and/or electronically to the following recipients:

5                          Melinda G. Valenzuela #172770
ASPC Florence
6                          Kasson Unit
P.O. Box 8200
7                          Florence, AZ 85132
*Plaintiff Pro Se*
8

9

10

11  /s/ Kathy Lake

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

- 3 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melinda Gabriella Valenzuela, | No. CV 19-05733-PHX-MTL (MHB) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| Adam Perkins, *et. al*, | |
| Defendants. | |

The Court having received Plaintiff and Defendants Trina Randall and Lori LaPlume ("Defendants"), Stipulation to Dismiss and finding good cause,

IT IS HEREBY ORDERED that all claims herein against Trina Randall and Lori LaPlume pertaining to healthcare for the timeframe on or after July 1, 2019, are dismissed, without prejudice, each party to bear their own costs and attorneys' fees incurred herein.

DATED this _____ day of _____, 2020.

_____
United States District Judge