United States
District Court

FILED
RECEIVED
NOV 12 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Melinda Gabriella Valverde          CV-19-5733 MTL
                                    Plaintiff's
    vs.
Centurion Health etl                Motion
                                    for Default
                                    on Defendant
                                    Corizon

CV-19-5733-PHX-MTL-MHB

Comes now Plaintiff and asks the court to enter Default as Defendant Corizon has yet to answer the Pre July 1st 2019 issues in the time allowed and no notice on extension has been filed. She seeks default in favor of Plaintiff and against Defendants Randal Pre July 1st 2019 claims.

Wherefore she respectfully asks the Honorable Liburdi grant said motion and to enter Default in favor of Plaintiff and against Defendant Randal for Pre July 1st 2019 claims

Respectfully

The original tl mailed This 6th Day of Nov 2020 to

Clerk of Court

Honorable W Burdi.

Nichole Walley

Valerie Bullian

Anthony Barnes

Sarah Barnes

By: [signature]