IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melinda Gabriella Valenzuela,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Centurion Health, et al.,<br><br>　　　　Defendants. | CV 19-5733-PHX-MTL (MHB)<br><br>**ORDER** |

Plaintiff Melinda Gabriella Valenzuela, who is confined in the Arizona State Prison Complex-Florence, has filed a pro se civil rights amended complaint pursuant to 42 U.S.C. § 1983. The Court screened the complaint and ordered Defendants Randall and LaPlume to answer Count Three and dismissed the remaining claims and Defendants without prejudice. Plaintiff has filed a motion requesting the Court to reconsider its Order denying her request for waiver of service forms (Doc. 34) and a motion for default against Corizon Health Services (Doc. 36). The Court will deny Plaintiff's motions.

As to her request for waiver of service forms, the record indicates that both Defendants have been served and have answered the complaint. It is unclear why she requests copies of the waiver forms. As to her motion for default, Corizon Health Services is not a Defendant in this action.

Accordingly,

1. **IT IS ORDERED** denying Plaintiff's motion requesting the Court to reconsider its Order denying her request for waiver of service forms (Doc. 34) and motion for default against Corizon Health Services (Doc. 36).

DATED this 23rd day of November, 2020.

*Michelle H. Burns*
Michelle H. Burns
United States Magistrate Judge